No. 8900. THE STATE OF MONTANA, EX REL. CLARENCE L. MOSER, also known as C. L. MOSER, RELATOR, v. THE DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF PONDERA, and the HONORABLE R. M. HATTERSLEY, District Judge thereof, RESPONDENTS.

Decided March 29, 1949.

Per Curiam:

Relator's petition for writ of certiorari is denied.

*Mr. S. J. Rigney*, Cut Bank, for Relator.

No. 8906. THE STATE OF MONTANA EX REL. RALPH J. ANDERSON, RELATOR, v. THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF PARK, ET AL., RESPONDENTS.

Decided April 20, 1949.

### ORDER

Relator's application for writ of supervisory control or other appropriate writ is denied and the proceeding ordered dismissed. Writ denied.

Done this *20th day of April, 1949.*

HUGH ADAIR, Chief Justice.

*Mr. Ralph J. Anderson, Esq.*, Attorney pro se for Relator.